# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>FRANK GREGORY CEDENO<br>and<br>LEONEL ALEXIS VALERIO SANTANA<br><br>*Defendant(s)* | Case No.<br>18-mj-7073 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 2015 through June 2017  in the county of  Suffolk  in the
District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire fraud |
| 18 U.S.C. § 371 | Conspiracy |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Lane, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/22/2018

_____
*Judge's signature*

City and state: Boston, MA

Hon. Jennifer C. Boal
*Printed name and title*